IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GREGORY KENNY LEE, #184 070 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-568-WHA |
| | | (WO) |
| BRENDA MARCUS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED;  This case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

An appropriate judgment will be entered.

Done this 20th day of August, 2008.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE