IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GREGORY KENNY LEE, #184 070 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-568-WHA |
| | | (WO) |
| BRENDA MARCUS, *et al.*, | * | |
| Defendants. | * | |

_____

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff and that this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th day of August, 2008.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE